NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CA 03-664

INTERDICTION OF VERA WILEY WELCH

**********

APPEAL FROM THE
NINTH JUDICIAL DISTRICT COURT,
PARISH OF RAPIDES, NO. 203,891
HONORABLE HARRY F. RANDOW, DISTRICT JUDGE

**********

JIMMIE C. PETERS
JUDGE

**********

Court composed of Sylvia R. Cooks, John D. Saunders, and Jimmie C. Peters, Judges.

**APPEALS DISMISSED.**

**Charles D. Elliott**
**John J. Zachary**
**Faircloth, Davidson, Vilar &**
**Elliot, L.L.C.**
**Post Office Box 12730**
**Alexandria, Louisiana 71315**
**(318) 442-9533**

**COUNSEL FOR PLAINTIFFS/APPELLANTS/APPELLEES:**
 Era Voight
 Barbi K. Call

**Michael L. Glass**
**Attorney at Law**
**1735 White Street**
**Alexandria, LA 71301**
**(318) 484-2917**
**COUNSEL FOR DEFENDANTS/APPELLANTS/APPELLEES:**
 Marlene F. Byars
 Vera Wiley Welch

**Camille J. Giordano**
**Giordano & Giordano**
**Post Office Box 991**
**Alexandria, LA 71309**
**(318) 445-5567**
**COUNSEL FOR DEFENDANTS/APPELLANTS/APPELLEES:**
 Marlene F. Byars
 Vera Wiley Welch